■ JENNIFER MANGANIELLO, Appellant, v GREAT ARROW MANAGEMENT, LLC, et al., Respondents. [987 NYS2d 589]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered February 22, 2013 in a personal injury action. The order granted defendants' motion for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.